## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WALTER G. KRAWZA, | Civil No. 13-3044 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Defendant. | |

Walter G. Krawza, 4530 Greenleaf Drive, Eagan, MN 55123, *pro se* plaintiff,

Charles F. Webber, Jessica Savran, **FAEGRE BAKER DANIELS LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402-3901, for defendant.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 24, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss [Docket No. 6] is **GRANTED**.

2.      This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 21, 2014
at Minneapolis, Minnesota                          s/John R. Tunheim
                                                   JOHN R. TUNHEIM
                                                   United States District Judge